**FILED**

10/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0520

IN THE MATTERS OF

A.M., G.R.P., E.O.M., J.P.,

    Youths in Need of Care.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, J.M., is granted an extension of time until December 11, 2023 to prepare, serve, and file the Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 26 2023

Grant of Extension of Time

PAGE 1